JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN GARCIA,<br><br>                Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>                Respondent. | Case No. 5:19-cv-01932-JGB-MAA<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting the Report and Recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 1, 2020

                                                    JESUS G. BERNAL<br>
                                                    UNITED STATES DISTRICT JUDGE